FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 6 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
) No. 4:18CR 00324 JM
)
v. )
) 18 U.S.C. § 922(g)(3)
)
)
TERMAINE ONTARIO SLAUGHTER )

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about February 28, 2018, in the Eastern District of Arkansas, the defendant,

TERMAINE ONTARIO SLAUGHTER,

then being an unlawful user of a controlled substance, did knowingly possess the following firearm in and affecting commerce, to wit, one Smith and Wesson, .40 caliber pistol, serial number DVN8012, in violation of Title 18, United States Code, Section 922(g)(3).

### FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1 of this Indictment, TERMAINE ONTARIO SLAUGHTER shall forfeit to the United States, under 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to one Smith and Wesson, .40 caliber pistol, serial number DVN8012, and all ammunition seized on February 28, 2018.

**[END OF TEXT SIGNATURE PAGE TO FOLLOW]**

1